ORIGINAL

FILED
JUL 29 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. '08 CR 2105 LAB |
|---|---|---|
| Plaintiff, | ) | INFORMATION |
| v. | ) | Title 18, U.S.C., Sec. 371- Conspiracy |
| KIRTAR MUNSHI | ) | |
| Defendant. | ) | |

The United States Attorney charges:

Between on or about January, 2006, and on or about April 1, 2008, within the Southern District of California and elsewhere, defendant KIRTAR MUNSHI did conspire and agree with others known and unknown to commit offenses against the United States, to wit:

    a. To knowingly cause the importation of merchandise, that is, pharmaceuticals, contrary to law, in violation of Title 18, United States Code, Sections 545 and 2;

    b. To introduce or deliver for introduction into interstate commerce an unapproved new drug with intent to defraud and mislead, in violation of Title 21, United States Code, Section 331(d) and 333(a)(2);

    c. To devise a scheme to defraud and to obtain money and property by means of false or fraudulent representations, and use the mails or private commercial interstate carrier in furtherance of the scheme to defraud, in violation of Title 18, United States Code, Section 1341; and

1       d. To do an act with respect to a drug which results in the drug being misbranded while held for sale after shipment in interstate commerce, with intent to defraud and mislead, in violation of Title 21, United States Code, Sections 331(k), 353(b)(1) and 333(a)(2);

    In furtherance of said conspiracy, the following overt act was committed within the Southern District of California and elsewhere:

    1. On or about April 2, 2007, defendant KIRTAR MUNSHI caused a shipment of "generic" Viagra manufactured in India to be mailed to a customer in San Diego, California, who did not possess a lawful prescription for the drugs.

    All in violation of Title 18, United States Code, Section 371.

DATED: June 23rd, 2008.

KAREN P. HEWITT
United States Attorney

MELANIE K. PIERSON
Assistant U.S. Attorney