AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

KIRTAR MUNSHI

**WAIVER OF INDICTMENT**

CASE NUMBER: 08 CR 2105 LAB

I, KIRTAR MUNSHI, the above named defendant, who is accused of Conspiracy, in violation of Title 18, U.S.C., Sec. 371; having been advised of the nature of the charge, the proposed information, and of my rights, hereby waive prosecution by indictment in open court on July 29, 2008, and consent that the proceeding may be by information rather than by indictment.

_____
KIRTAR MUNSHI
Defendant

_____
David R. Cohn, Esq.
Counsel for Defendant

Before: _____
JUDICIAL OFFICER

FILED
JUL 29 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY