| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | MELANIE K. PIERSON |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 112520 |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-5685/(619) 557-7055 (Fax) |
| | Email: melanie.pierson@usdoj.gov |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08cr2105-LAB |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| | ) | |
| KIRTAR MUNSHI, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

| Name | Cal. Bar No. | Telephone No. | Email Address |
|---|---|---|---|
| Melanie K. Pierson | 112520 | (619) 557-5685 | Melanie.Pierson@usdoj.gov |

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case:

<u>Name</u>                               <u>Cal. Bar No.</u>   <u>Telephone No.</u>       <u>Email Address</u>

NONE

Please call me if you have any questions about this notice.

DATED: August 26, 2008.

        Respectfully submitted,

        KAREN P. HEWITT
        United States Attorney

        s/ Melanie K. Pierson

        MELANIE K. PIERSON
        Assistant United States Attorney
        Attorneys for Plaintiff
        United States of America
        Melanie.Pierson@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>   Plaintiff,  )<br>  )<br>   v.  )<br>  )<br> KIRTAR MUNSHI,  )<br>  )<br>   Defendant.  )<br>_____ ) | Case No. 08cr2105-LAB<br><br><br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, MELANIE K. PIERSON, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of Government's Notice of Appearance on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, and I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

**David R Cohn**
Wallin and Klarich
17592 Irvine Boulevard
Tustin, CA 92780

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 26, 2008.

s/Melanie K. Pierson

MELANIE K. PIERSON
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: melanie.pierson@usdoj.gov

Notice of Appearance
United States v. Kirtar Munshi            3                           08cr2105-LAB